UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE M. FLANIGAN,<br><br>       Plaintiff,<br><br>  v.<br><br>C. SMITH, et al.,<br><br>       Defendants. | Case No. 25-cv-03250-RFL (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Flanigan has not complied with the Court's order to inform the Court of his current address. (Dkt. No. 13.) Accordingly, this federal suit is DISMISSED (without prejudice) for failure to comply with the Court's order and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Flanigan may move to reopen the suit. Any motion to reopen must have the words MOTION TO REOPEN written on the first page and contain his current address.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 30, 2026

RITA F. LIN
United States District Judge